FILED

DEC - 3 2018

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS D. RIVERS, JR.<br>Plaintiff | )<br>)<br>) |
| v. | ) Case No. 1:18-cv-00152-RAL<br>) |
| N & J INC.<br>Defendant | ) UNITED STATES MAGISTRATE JUDGE<br>) RICHARD A. LANZILLO |

### JOINT STIPULATION AND ORDER OR DISMISSAL WITH PREJUDICE

The parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: November 30, 2018    By: _____
                                Thomas D. Rivers, Jr., Plaintiff Pro Se
                                30 West 34th Street, Erie, PA 16508

Dated: December 3, 2018    By: _____
                                Andrew J. Sisinni, Esquire
                                Counsel for Defendant
                                1314 Griswold Plaza, Erie, PA 16501

### ORDER

The Stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____, 2018    By: